In re Petition of PAUL MANNING.

No. 12615.
Decided Oct. 15, 1973.
514 P.2d 1096.

### ORDER

PER CURIAM:

The application of petitioner for a writ of habeas corpus

536

having been investigated, examined and found to be lacking in merit, said application is denied.